### Jacob Cohen and Benjamin Cohen, Appellants, v. H. H. Devereaux and Chicago-Springfield Coal Company, Appellees.

#### (Not to be reported in full.)

Appeal from the Circuit Court of Morgan county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1915. Appeal dismissed. Opinion filed April 21, 1916. Rehearing denied June 30, 1916.

### Statement of the Case.

Bill for an accounting filed by Jacob Cohen and Benjamin Cohen, plaintiffs, against H. H. Devereaux and Chicago-Springfield Coal Company, a corporation, defendants. Upon a hearing before the court upon exceptions to the master's report recommending that the bill be dismissed, the court found that a partnership existed between the parties and referred the case to the master to state an account between them. To reverse such order of reference, the complainants appeal.

Sheen & Galbraith and A. Jacobson, for appellants.

J. MARSHALL MILLER, for appellees.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 297*—*what does not constitute final decree.* An order of reference to a master in chancery for the purpose of having an account stated between the parties is not a final decree, and an appeal will not lie therefrom.